UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No.  CV 09-1724 RSM<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

COME NOW Plaintiff Surinder S. Bratch, by and through their attorneys Christina Latta Henry and Seattle Debt Law, LLC, Defendant Experian Information Solutions, Inc., by and through its attorneys Katherine A. Klimkowski and Jones Day, and Equifax Information Services, LLC, by and through its attorneys Cara L. Hergenroether and King & Spalding, LLP, hereby submit this Joint Status Report and Discovery Plan.

1. **Nature of the Case:**  This case concerns whether the Defendants violated the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, the Washington Consumer Protection Act, RCW 19.86 *et seq.*, the common law torts of Defamation and Invasion of Privacy/Intrusion upon Seclusion breached its contract(s) with the Plaintiffs, and/or committed the torts of Defamation and Invasion of Privacy/Intrusion upon Seclusion.  Defendants deny each claim asserted by plaintiff and have asserted affirmative defenses.

JOINT STATUS REPORT AND DISCOVERY PLAN - 1

2. **Proposed ADR Method:**

   A. **Plaintiff:** Plaintiff prefers a court ordered mediation.

   B. **Defendant:** Experian Information Solutions, Inc requests a Judicial Settlement Conference.

   C. **Defendant:** Equifax Information Services LLC requests mediation.

3. **ADR Time:** June, 2010.

4. **Proposed Deadline for Joining Additional parties:** Parties agree the deadline for joining additional parties should be June, 2010.

5. **Proposed Discovery Plan:**

   A. **FRCP 26(f):** Conference took place on February 19, 2010 and the disclosures under FRCP26(a) will be made by February 26, 2010. Plaintiffs served initial disclosures on March 4, 2010. Defendant Equifax Information Services LLC served initial disclosures on Friday, February 26, 2010. Experian Information Solutions, Inc served Initial Disclosures on February 26, 2010.

   B. **Subjects of Discovery:** Discovery will be necessary as to the allegations of Plaintiffs' Complaint as well as the substantive and affirmative defenses. The parties anticipate depositions of the parties and limited depositions of third party witnesses, within compliance of the guidelines set forth in the Local Rules and the Federal Rules of Civil Procedure. At this time, the parties do not believe any other limitations on discovery are necessary. Parties agree that discovery does not need to be completed in phases.

   C. **Changes in Limitation of Discovery:** Five depositions each for defendants and plaintiff.

   D. **Discovery Management:** The parties anticipate exchanging written discovery pursuant to the applicable Federal Rules of Civil Procedure, including but not

JOINT STATUS REPORT AND DISCOVERY PLAN - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104

limited to interrogatories, requests for production of documents, and requests for admissions.  Plaintiffs anticipate deposing the Defendants and/or its officers, agents and/or representatives under the guidelines of FRCP 30 and possibly other third parties that may have knowledge regarding alleged liability or damages.  Defendants anticipate deposing the Plaintiff and possibly third parties that may have knowledge regarding alleged liability or damages.  Defendants Experian and Equifax anticipate requesting a protective order for some of their discovery disclosures.

6. **Discovery Completion:**  Discovery can be completed by September, 2010, approximately 120 days before the proposed trial date.

7. **Trial by Magistrate Judge:** The parties do not consent to having this case tried before a magistrate judge of this Court.

8. **Bifurcation:** The parties do not believe it is necessary to bifurcate the case.

9. **Pretrial Statements and proposed pretrial order:**  The parties anticipate filing pretrial statements and a proposed pretrial order as called for by Local Rules CR 16(e), (h), (i), and (l).

10. **Other suggestions:** Dispositive Motions: The parties anticipate filing all dispositive motions, including but not limited to motions to dismiss and motions for summary judgment, no later than October, 2010, approximately 90 days prior to the trial date.

11. **Trial Readiness:**  The case will be ready for trial on December, 2010.

12. **Jury:**  Plaintiff has requested a jury trial.

13. **Trial Days:**  Parties estimate the trial will take three to five court days.

/ /

/ /

14. **Trial Counsel:**

<u>Counsel for the Plaintiff</u>:

Christina Latta Henry
Seattle Debt Law, LLC
705 Second Avenue, Suite 1050
Seattle, WA 98104
Tel# 206-324-6677
Fax#206-447-0105
chenry@seattledebtlaw.com


Camille V Nightingale
Seattle Debt Law, LLC
705 Second Avenue, Suite 1050
Seattle, WA 98104
Tel# 206-324-6677
Fax#206-447-0104
cnightingale@seattledebtlaw.com

<u>Counsel for the Defendant Equifax</u>:

Kevin H. Breck
Winston & Cashatt
601 W. Riverside, Ste 1900
Spokane, WA 99201
Tel# 509-838-6131
Fax# 509-838-1416
E-mail: khb@winstoncashatt.com

Cara L. Hergenroether
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Direct:   (404) 215-5796
Main:    (404) 572-4600
Fax:     (404) 572-5100
E-Mail: chergenroether@kslaw.com
Web:    www.kslaw.com

<u>Counsel for the Defendant Experian</u>:

Gloria S. Hong
600 University Street
Suite 3600
Seattle, WA 98101
Tel# 206-624-0900
Fax# 206-386-7500
E-mail: gshong@stoel.com

Katherine A. Klimkowski
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Tel#  949.553.7560 •
Fax#  949.553.7539
kaklimkowski@jonesday.com

15. **Service of process issues:** None.

16. **Scheduling Conference:** At this time neither party requests a scheduling conference with the Court.

17. **Service of future pleadings:**  Counsel agrees to have this and all future pleadings and documents served via e-mail to the e-mail addresses listed above.  However the parties have agreed that discovery will be served via first class mail.

1  DATED this 5th day of March, 2010

                                    PRESENTED AND AGREED TO BY:

                                    SEATTLE DEBT LAW, LLC


                         By:    */s/ Christina Latta Henry*
                                Christina Latta Henry, WSBA# 31273
                                Attorney for Plaintiff


                                    WINSTON & CASHATT


                         By:    */s/ Kevin Breck*
                                Kevin Breck, WSBA#39183
                                Attorney for Defendant
                                Equifax Information Services LLC


                                    JONES DAY

                         By:    */s/ Katherine A. Klimkowski*
                                Katherine A. Klimkowski, PRO HAC VICE
                                Attorney for Defendant
                                Experian Information Solutions, Inc.

JOINT STATUS REPORT AND DISCOVERY PLAN - 6