# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. CV 09-01724-RSM<br><br>**STIPULATION AND ORDER TO EXTEND THE EXPERT WITNESS REPORT DEADLINE FOR TWO WEEKS** |

### STIPULATION TO EXTEND TIME

1.　Plaintiff Surinder S. Bratch ("Plaintiff"), Defendant Experian Information Solutions, Inc. ("Experian"), and Defendant Equifax Information Services LLC ("Equifax"), by and through their attorneys of record, hereby stipulate to seek to extend the current August 11, 2010 Expert Witness Reports deadline by two weeks, until August 25, 2011.

2.　At all times, the parties have been proactive in the litigation of this case. The parties have exchanged and responded to written discovery and produced more than 1,600 pages of documents collectively. Plaintiff has recently discovered additional responsive documents to defendant's discovery requests which were produced to the defendants on July 20, 2010.

3.　The defendants have conducted the first portion of Plaintiff's deposition, but are waiting to receive all of the requested documents before scheduling a date for the completion of Plaintiff's deposition. In addition, the parties have filed a Stipulated Protective Order which will

IRI-9870v1
JOINT STIPULATION TO EXTEND EXPERT WITNESS DEADLINE

JONES DAY
ATTORNEYS AT LAW
IRVINE

1  allow for the production of the confidential documents requested by Plaintiff.

2      4.    Based on the foregoing, the parties agree that expert witnesses to be disclosed in
3  this case have not yet had the opportunity to fully review all of the relevant materials in this case.
4  Accordingly, the parties request an additional two weeks of time to exchange Expert Witness
5  Reports as required under FRCP 26(a)(2).

6      5.    This is the first request for an extension of any pretrial deadlines in this action.
7  The parties are not seeking to change any other pretrial deadlines.

Dated August 6, 2010                     Respectfully submitted,

                                                        By: /s/ Katherine A. Klimkowski
                                                        Katherine A. Klimkowski (pro hac vice)
                                                        JONES DAY
                                                        3161 Michelson Drive, Suite 800
                                                       Irvine, CA  92612
                                                       kaklimkowski@jonesday.com

                                                       Attorneys for Defendant
                                                       Experian Information Solutions, Inc.

Dated August 6, 2010                     Respectfully submitted,

                                                       By/s/ Christina Latta Henry
                                                         Christina Latta Henry
                                                         SEATTLE DEBT LAW, LLC
                                                         705 Second Ave., Suite 1050
                                                         Seattle, WA  98104
                                                         chenry@seattledebtlaw.com

                                                       Attorneys for Plaintiff
                                                       Surinder S. Bratch

Dated August 6, 2010                     Respectfully submitted,

                                                       By: /s/Cara L. Hergenroether
                                                        Cara L. Hergenroether
                                                        KING & SPALDING, LLP
                                                        1180 Peachtree Street
                                                        Atlanta, Georgia 30309-3521

                                                       Attorneys for Defendant
                                                       Equifax Information Services, LLC

**ORDER**

    **THIS MATTER** came before the Court on the foregoing stipulation of the parties.  The Court has reviewed the parties' stipulation and, finding that the same is made for good cause, the Court hereby

    **ORDERS** that the current Expert Witness Reports deadline be extended by two weeks, until August 25, 2010; and the Court further

    **ORDERS** that the other trial deadlines remain the same.

    **IT IS SO ORDERED** this 9 day of August 2010.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
Gloria S. Hong
WSBA #36723
Stoel Rives LLP
Of Attorneys for Defendant

  /s/ Gloria S. Hong_____

IRI-9870v1
JOINT STIPULATION TO EXTEND EXPERT WITNESS DEADLINE