THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH,<br><br>               Plaintiff.<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>               Defendant(s). | Case No. CV 09-1724 RSM<br><br>MOTION TO EXTEND DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>AUGUST 20, 2010 |

## **MOTION TO EXTEND TIME**

Petitioner Surinder S. Bratch ("Plaintiff"), by and through his undersigned counsel, hereby moves the Court to extend the current deadlines for trial, discovery, and other deadlines by three months.

    1.     The parties are in the process of re-filing a Stipulated Protective Order which will allow Defendants to produce material that they have withheld from the Plaintiff due to claims of confidentiality. Experian produced initial discovery in May 2010 and Equifax produced in late July 2010, but both Defendants withheld a number of documents due to their assertion they needed a Protective Order, which the Court declined to sign on August 9, 2010. The parties have re-worked the stipulated order, but the delay only prolongs delivery of the discovery Defendants

MOTION TO EXTEND DEADLINES - 1

have yet to produce, and this discovery is imperative for Plaintiff's case. In addition, Plaintiff is in the process of coordinating discovery conferences with both Defendants regarding additional discovery disputes.

2. The current schedule does not provide reasonable opportunity for Plaintiff to review the documents that will be produced under the Protective Order and those to be produced after discovery conference, and conduct depositions and engage in other discovery activities within the current deadlines.

3. Following the production of documents pursuant to the Protection Order, Plaintiff's expert will require at least one month, and up to three months to review the documents and prepare a report.

4. Plaintiff also anticipates taking depositions of the Defendants in this case and those have not yet been completed due to the delay in obtaining relevant documents from the Defendants.

5. Therefore Plaintiff is asking for a three month continuance of the Trial date and other deadlines:

| Trial Date | May 7, 2011 |
| Report from Expert witnesses under FRCP 26(a)(2) | November 11, 2010 |
| Discovery Completion | January 12, 2010 |
| Dispositive Motion Filing Deadline | February 9, 2010 |
| Mediation under CR 39.1(c)(3) | March 27, 2010 |
| Limine Motion Filing Deadline | April 10, 2011 |
| Pretrial Order | April 26, 2011 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits | May 2, 2011 |

MOTION TO EXTEND DEADLINES - 2

SEATTLE DEBT LAW, LLC
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

WHEREFORE, Surinder S. Bratch motions the Court to extend the trial date and corresponding deadlines, as herein requested.

DATED this 12th day of August, 2010.

SEATTLE DEBT LAW, LLC

_/s/ Christina Latta Henry_
Christina Latta Henry, WSBA# 31273
Attorney for Debtor

MOTION TO EXTEND DEADLINES - 3

SEATTLE DEBT LAW, LLC
705 SECOND, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115