# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH, | ) |
| | ) |
| Plaintiff, | ) Case Number: C09-1724 |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Lewis P. Perling hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of Defendant EQUIFAX INFORMATION SERVICES LLC.

This application is based upon the following: Equifax Information Services LLC has requested that my firm and I represent them in the defense of this matter.

The particular need for my appearance and participation is: This lawsuit involves issues relating to credit reporting in which both my firm and I have experience and expertise. My firm and I have established a relationship with this defendant and have represented this client in other credit reporting matters.

I, Lewis P. Perling, understand that I am charged with knowing and

complying with all applicable local rules; I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 8/9/10                Signature of applicant _____

**I have enclosed the required filing fee of $75.00**

Receipt number (to be completed by the court):

| | |
|---|---|
| APPLICANT'S NAME: | LEWIS P. PERLING |
| APPLICANT'S FIRM: | KING & SPALDING LLP |
| APPLICANT'S ADDRESS | 1180 PEACHTREE STREET |
| | ATLANTA, GEORGIA 30309 |
| | (404) 572-4600; (404) 572-5100 (FAX) |

### STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant LEWIS P. PERLING is unable to be present upon any date assigned by the court.

DATED this ___10TH___ day of August, 2010.

Signature of local counsel

LOCAL COUNSEL NAME AND BAR NUMBER:
Kevin H. Breck  #39183
Winston & Cashatt, Lawyers
Bank of America Financial Center
601 W. Riverside, Suite 1900
Spokane, WA 99201
(509) 444 3318 (direct)
(509) 838 1416 (fax)
(509) 638-8660 (cell)