THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH,<br><br>               Plaintiff.<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC<br>AND EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>               Defendant(s). | Case No. CV 09-1724 RSM<br><br>ORDER GRANTING MOTION TO<br>EXTEND DEADLINES |

THIS MATTER came before this Court for hearing upon the Motion to Extend Deadlines for a three month continuance of the Trial date and other deadlines (the "Motion") brought by Surinder S. Bratch ("Plaintiff"). Plaintiff being represented by his counsel, Christina Latta Henry of Seattle Debt Law, LLC. The Court heard the arguments of counsel, and having reviewed the pleadings, declarations and files herein, and the Court further determining that Plaintiff has demonstrated good cause for extension of time of trial date and discovery deadlines, now, therefore, it is hereby

      ORDERED that Plaintiff's Motion is hereby granted in its entirety. The new trial date is continued to May 9, 2011.

ORDER GRANTING MOTION TO EXTEND DEADLINES - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

1  IT IS FURTHER ORDERED that the Clerk of the court generate a new Case Scheduling
2  Order to reflect the new Trial date and deadlines.
3
4  DATED this 30 day of August, 2010.
5
6
7
8                                    RICARDO S. MARTINEZ
                                     UNITED STATES DISTRICT JUDGE
9
10
11
12  Presented by:

    SEATTLE DEBT LAW, LLC
13
14
          /s/ Christina Latta Henry
15  Christina Latta Henry, WSBA #31273
    Attorney for Debtor
16

ORDER GRANTING MOTION TO EXTEND DEADLINES
- 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115