UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SURINDER S. BRATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No.  CV 09-1724 RSM<br><br>STIPULATION AND ORDER RE EXTENSION OF TRIAL DATE AND RELATED DEADLINES |

## **STIPULATION**

1.  Plaintiff Surinder S. Bratch ("Plaintiff"), Defendant Experian Information Solutions, Inc. ("Experian"), and Defendant Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby stipulate to seek an extension of the Trial Date and Related Deadlines set forth in this Court's August 31, 2010 Order Setting Trial & Related Dates (Docket No. 35).

2.  At all times, the parties have been proactive in the litigation of this case. The parties have exchanged and responded to written discovery and produced more than 1,600 pages of documents collectively.  Plaintiff has sought additional discovery from defendants, some of which he has not yet received.  Plaintiff has also produced further discovery to defendants as it has become available, which Defendants have not yet had adequate time to review.

STIPULATED ORDER RE EXTENSION OF PRETRIAL DEADLINES - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104
TEL (206) 324-6677
FAX (206) 447-0115

3. Defendants have twice deposed Plaintiff and contemplate at least one more deposition. Defendants have also deposed Plaintiff's wife.

4. Defendants have noticed four non-party Plaintiff witnesses for depositions and may depose further non-party witnesses based on ongoing discovery. The non-party depositions could not take place as scheduled due to unforeseen inclement weather in Seattle. Given the difficulty of rescheduling these depositions during the upcoming holiday season, the parties agree it would be appropriate to reschedule them in January. However, the current discovery deadline is January 10, 2011. The parties cannot reschedule these depositions without first obtaining the permission of the Court to extend the discovery cutoff.

5. Plaintiff has noticed depositions of defendants' representatives and all parties agree that it would be appropriate to reschedule these after the new year. Again, however, the current discovery deadline is January 10, 2011, and the parties cannot reschedule these depositions without first obtaining the permission of the Court to extend the discovery cutoff.

6. The parties agree to an Expert Witness Report deadline of December 15, 2010 with the understanding that Plaintiff may seek an additional extension of that deadline if he desires to use another expert. Defendants reserve the right to oppose any further request to extend the Expert Witness Report deadline.

7. Finally, Plaintiff intends to file a motion for leave to amend and supplement his complaint to address, among other things, allegations of conduct by defendants taking place subsequent to the filing of this lawsuit. The filing of this amended supplemental complaint, if allowed, will almost certainly necessitate further motion practice and discovery by all parties.

8. Based on the foregoing, the parties agree that further time is necessary and appropriate to fully develop the facts and issues in this case before proceeding to trial. Accordingly, the parties propose the following extension of deadlines:

STIPULATED ORDER RE EXTENSION OF PRETRIAL DEADLINES - 2

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104
TEL (206) 324-6677
FAX (206) 447-0115

|  | Original Deadline | Proposed Deadline |
|---|---|---|
| Trial Date | May 9, 2011 | On or after July 13, 2011 |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 10, 2010 | December 15, 2010 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | December 10, 2011 | February 10, 2011 |
| Discovery completed by | January 10, 2011 | March 10, 2011 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | February 8, 2011 | April 8, 2011 |
| Mediation per CR 39.1(c)(3) held no later than | March 25, 2011 | May 25, 2011 |
| All motions in limine must be filed by and noted on the motion calendar for the third Friday thereafter pursuant to CR7(d) | April 11, 2011 | June 10, 2011 |
| Agreed pretrial order due | April 27, 2011 | June 27, 2011 |
| Pretrial conference [to be scheduled by the Court] |  |  |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 4, 2011 | July 8, 2011 |
| Length of Jury Trial | 3-5 days | 3-5 days |

9. This is the parties' first stipulation to extend all deadlines. Previously, on August 9, 2010, this Court granted the parties' Stipulation Between Parties to Extend the Expert Witness Report Deadline for Two Weeks (Docket No. 24). The Court also granted Plaintiff's prior Motion to Extend Deadlines on August 30, 2010 (Docket No. 34) previously stipulated to an extension of the expert witness deadline parties' second request for an extension of deadlines.

//

STIPULATED ORDER RE EXTENSION OF PRETRIAL DEADLINES - 3

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104
TEL (206) 324-6677
FAX (206) 447-0115

Dated this 10th day of December, 2010.

    Respectfully submitted,

By: */s/Christina Latta Henry*
Christina Latta Henry
Camille V. Nightingale
Seattle Debt Law, LLC
705 Second Avenue, Suite 1050
Seattle, WA 98104
chenry@seattledebtlaw.com
Attorneys for Plaintiff

By:*/s/Lewis P. Perling*
Lewis P. Perling
Cara L. Hergenroether
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
E-Mail: chergenroether@kslaw.com
Attorneys for Defendant
Equifax Information Services, LLC

By:*/s/Kevin H. Breck*
Kevin H. Breck
Winston & Cashatt
Bank of America Financial Center
601 E. Riverside, Suite 1900
Spokane, WA 99201
khb@winstoncashatt.com
Local Counsel for Defendant
Equifax Information Services, LLC

By:*/s/Angela Taylor*
Katherine A. Klimkowski
Angela Taylor
Jones Day
3161 Michelson Drive
Suite 800
Irvine, CA 92612
kaklimkowski@jonesday.com
Attorneys for Defendant
Experian Information Solutions, Inc.

STIPULATED ORDER RE EXTENSION OF PRETRIAL DEADLINES - 4

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104
TEL (206) 324-6677
FAX (206) 447-0115

ORDER

THIS Matter having come before the court upon stipulation by the Plaintiff and Defendants Experian and Equifax, the Court having reviewed and considered the stipulation and all related pleadings and documents on file in this case, NOW THEREFORE IT IS HEREBY

ORDERED that the deadlines set forth the Court's August 31, 2010 Order Setting Trial Date & Related Deadlines will be extended as proposed by the parties above, except that the new trial date will now be July 18, 2011.

DATED THIS 15th day of December 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/Christina Latta Henry*
Christina Latta Henry, WSBA #31273
Camille Nightingale, WSBA #40850
Seattle Debt Law, LLC
Attorneys for Plaintiff
705 Second Avenue, Suite 1050
Seattle, WA 98104

STIPULATED ORDER RE EXTENSION OF PRETRIAL DEADLINES - 5

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WA 98104
TEL (206) 324-6677
FAX (206) 447-0115