1
Kevin H. Breck, WSBA #39183
Winston & Cashatt, Lawyers
Bank of America Financial Center
2
601 W. Riverside, Suite 1900
Spokane, WA 99201
3
(509) 838 1416 (fax)
(509) 838 6131
4
khb@winstoncashatt.com

5
Lewis Perling (admitted *pro hac vice*)
King & Spalding LLP
6
1180 Peachtree Street
Atlanta, GA 30309
7
Phone: (404) 572-4600
Fax:    (404) 572-5100
8
Email: lperling@kslaw.com

9
HON. RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT**
10
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**
11

12
| | |
|---|---|
| SURINDER S. BRATCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) |
| LLC, and EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

Case Number: 2:09-cv-01724-RSM

**SUPPLEMENTAL DECLARATION OF MARGARET LESLIE IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

18
I, Margaret Leslie, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

19
1.      I am Vice-President in Technology for Defendant Equifax Information Services LLC

20
("Equifax").

21
2.      I am over 21 years of age and I have personal knowledge of the facts below based upon my

experience and a review of Equifax's records. I am otherwise competent to provide this declaration.

SUPPLEMENTAL DECLARATION OF MARGARET LESLIE

1

3.     On or about July 10, 2008, when Equifax combined the credit files of Plaintiff and his brother into one file, all of the past inquiries from both of the files were combined onto the one, merged file.

4.     Inquiries that were on the Plaintiff's brother's credit file by American Express, Associated Credit Systems, Nationwide Funding, Total Merchant Services, Landsafe Credit, and Yellowbook that pre-dated July 10, 2008, therefore, were included in the merged file of the two consumers, but do not signify that Equifax issued Plaintiff's credit information to those companies.

5.     Equifax's records kept in the regular course of business, the frozen scans from March and April 2008, attached hereto as Exhibits A and B, confirm that Equifax did not report any bankruptcy information on Plaintiff's credit file at that time.

6.     Equifax's records kept in the regular course of business, the frozen scans from February and April 2006, attached hereto as Exhibits C and D, also confirm that Equifax did not included any bankruptcy information on Plaintiff's credit file at that time.

7.     The credit file that is attached hereto as Exhibit E, dated July 29, 2008, was prepared after Equifax merged the files of Plaintiff and his brother and thus contains information from both of their previous credit files.

8.     The bankruptcy that appears on Exhibit E was not on Plaintiff's credit file prior to the combination of the files in July 2008 even though it shows that it has a reported date of March 9, 2006.  That date reported does not relate to a reporting of a bankruptcy on Plaintiff's credit file at any time prior to July 10, 2008.

9.     Equifax Commercial Information Solutions, a division of Equifax Information Services LLC, maintains a Business Credit Report on Bratch Auto Body & Repair, Inc.

SUPPLEMENTAL DECLARATION OF MARGARET LESLIE

Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2011, at Atlanta, Georgia.

Margaret Leslie

```
FROZEN 631 2008 MONTH 03 NAME/SSN RECORDS
*****************************************

BRATCH                          SURINDER S
645 S MASSACHUSETTS ST          SEATTLE WA 98134

                                                    FN 008-0688158-00-202    0000
                                                                        BRATCH,SURINDER,S
REPORT IS FOR INTERNAL USE ONLY - CONTAINS DATA SUPPRESSED TO CUSTOMERS  645,S MASSACHUSETTS,ST,SEA,WA,98134
                                                                        CID 02AFF560240AE72082
                                            FILE SINCE 02/03/98
                                                                        FILE ACTIVITY 03/27/08

20711,122ND,PL,SE,KENT,WA,98031,TAPE RPTD 01/02.
TELEPHONE NUMBER (253) 639-4742 SPEC 09/07.

FORMER NAME-SINGH,SURINDER.

                                                SSN VER - Y
BRATCHS AUTOBODY,

*INQS- 03/27/08,ID 092ZD02689 EQUIFAX
03/15/08 ,AR 103FM11640 ,03/12/08 ,PRM 243FP00736, 03/07/08 ,AR 163BB30565,
03/03/07 ,AR 155FP32177 ,03/06/08 ,PRM 243FP00736, 02/29/08 ,AR 217DN00804,
02/11/08 ,PRM 458DN00054, 01/16/08 ,PRM 24FM00736 ,01/11/08 ,PRM 850BB01498,
01/04/08 ,PRM 155FP32177 ,12/12/07 ,PRM 285FA00939, 12/06/07 ,PRM 458DN13597,
11/26/07 ,PRM 656FA17487 ,11/21/07 ,PRM 24FM03907 ,11/12/07 ,PRM 458DN00054,
11/06/07 ,PRM 850BB01498 ,11/05/07 ,PRM 992FM03907 ,11/21/07 ,PRM 285FA00939,
10/06/07 ,PRM 850BB01498 ,09/13/07 ,PRM 401DN00107, 10/31/07 ,PRM 458DN00054,
09/18/07 ,PRM 155FP32177 ,09/25/07 ,PRM 36FM03907 ,09/20/07 ,PRM 682FM26517,
09/08/07 ,PRM 399FR46676 ,09/07/07 ,PRM 401DN00107, 09/20/07 ,PRM 285FA00939,
09/07/07 ,PRM 992FM19225 ,09/07/07 ,PRM 285FA00939, 09/07/07 ,PRM 991FM91005,
09/06/07 ,EU 132ZBU2550 ,WIND_08, 08/30/07 ,AR 701FC06590, 08/28/07 ,
PRM 163BB30565,     07/24/07 ,PRM 07/20/07 PR01 ,01FM25762, 07/09/07
07 ,PRM 155FP32177 ,BENECL/HFC,155FP31347 07/06/07, 07/01/07 ,PRM 243FP00736,
04/23/07 ,PRM 285FA00639, 05/29/07 ,PRM 285FA00632, 05/09/07 ,PRM 243FP00736,
04/16/07 ,PRM 155FP32177 ,04/16/07 ,PRM 458DN00054, 04/10/07 ,PRM 458DN00054,
12/22/06 ,BENECL/HFC,155FP31347,10/04/06 ,PRM 40ZF2I350, BENECL/HFC,155FP31347
,EU 4442NU ,010/ACCE,,08, HSBC BANK,164BB4009,07/25/06, BENECL/HFC,155FP31347
.07/24/06 , IND LS,701Z3313, 05/08/06.

              --------------- PAYMENT PRACTICE ----------------
METRO 2 HISTORY -   |BALANCE   |USD / DLA  |DURATION |DEFER DATE|MONTHS REV|ECOA
                    |HIGH CRDT |LAST PAY DT|FREQUENCY |BLOON DATE|PAST DUE  |CLASS
REPORTED |OPENED    |CRDT LIMIT|ACT PAY AM|SCH PYMT  |BLOON PYMT|CHRGE OFF |ACTIVITY DESI

CAPITAL ONE BANK USA       /850BB01498      R-1
03/00/2008|$378         03/00/2008                                         INDIVIDUAL
01/00/2001|$1766        MONTHLY
          |$1500        $15

              -------------------- CREDIT ----------------------
                    |      CARD                              B6
          0000000000/000000000001DDDD/DDDDDDDDDDDD
          DDDDDDDDDDD/DDDDDDDDDDDD/DDDDDD21D

CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT

SEARS/CBSD               /6445DC92B6       R-1
03/27/2008|$0           03/00/2008                                         INDIVIDUAL
11/00/1996|$567         05/00/2002
*01/00/2001|$720        $  MONTHLY                                         PD/CLOSED

PAGE  1
```

EQUIFAX P O BOX 740241                    ATLANTA GA 30374 800/685-1111

TO 401ZSU0040.2   CREDIT BUREAU INC.
BRATCH                  SURINDER S
645 S MASSACHUSETTS ST   SEATTLE   WA   98134

FN 008-068158-00-202

PAGE    2

METRO 2 HISTORY - DDDDDDDDDDD/DDDDDDDDDD/DDDDDDDDDDD/DDDDDDDDDDD
ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
*
BENEFICIAL/HFC                                    CHARGE ACCOUNT
03/00/2008│$6816      03/00/2008│             #
07/00/2006│$11823     03/00/2008│MONTHLY            │INDIVIDUAL
       /       /       │$159         C-1        $

METRO 2 HISTORY - 00000000000/1000000000
LINE OF CREDIT                                    LINE OF CREDIT
*
UNIVERSAL/CITIBANK S /
03/00/2008│$61       02/00/2008│             *
01/00/2001│$0        02/00/2008│MONTHLY      25    │INDIVIDUAL
       /   │$94850    │$20          R-1        $

METRO 2 HISTORY - 00000000000/00000000000/0DDDDDDDDDD/DDDDDDDDDDD
CREDIT CARD                                       CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
CHASE BANK USA, NA
03/00/2008│$6645     03/00/2008│             *
12/00/1997│$11374    02/00/2008│MONTHLY      99    │AUTH USER
       /   │$8800     │$515         R-1        $

METRO 2 HISTORY - 00000000000/00000000000/00000000000/DDDDDDDDDD
CREDIT CARD                                       CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
HSBC BANK
02/00/2008│$2439     02/00/2008│             *
01/00/2006│$2439     01/00/2008│MONTHLY      9     │INDIVIDUAL
       /   │$2500     │$69          R-1        $

METRO 2 HISTORY - 00000000000/0000000E          CREDIT CARD
CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
TAPCO CREDIT UNION                               I-1

```
EQUIFAX P O BOX 740241                                    ATLANTA GA 30374 800/685-1111

TO 401ZS000040,2       CREDIT BUREAU INC.
BRATCH                 SURINDER S                          FN 008-0688158-00-202
645 S MASSACHUSETTS ST SEATTLE WA 98134

METRO 2 HISTORY - 0000000000000/000000000000000/0000/D
*
AUTO
02/00/2008|$32171  |           |02/00/2008|          |        | / /    |24 |
01/00/2006|$48727  |           |           |MONTHLY   |        | / /    |   |JOINT
                   |           |           |$1060     |        | / /    |   |
                                            AUTO

METRO 2 HISTORY - 0000000000000/00000000000000000/D
*
AUTO
AMERICA'S SERVICING       |02/00/2008|M-1|           | / /    |21 |
02/00/2008|$346518        |01/00/2008|40Y|           | / /    |   |INDIVIDUAL
12/00/2005|$350200        |          |MONTHLY|        | / /    |   |
                          |          |$2921  |        |
                           CONV RE MORTGAGE MTG-

METRO 2 HISTORY - 0100000000000/00000000000000/DD
REAL ESTATE MORTGAGE
CONVENTIONAL MORTGAGE
*
UNIVERSAL/CITIBANK S      |11/00/2006|R-1|           | / /    |70 |
11/00/2006|$0             |          |MONTHLY|        | / /    |   |INDIVIDUAL
01/00/2001|$0             |          |$60    |        | / /    |   |
          |$4850          |          *

CREDIT CARD
CREDIT CARD HISTORY - 0000000000000/000DDDDDDD/DDDDDDDDDDDDDD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
AMERICA'S SERVICING       |08/00/2006|M-1|           | / /    |04 |
09/00/2006|$0             |08/00/2006|15Y|           | / /    |   |INDIVIDUAL
12/00/2005|$65660         |          |MONTHLY|        | / /    |   |PD/CLOSED
                          |          |$620   |
                           SECOND MORTGAGE MTG-

METRO 2 HISTORY - 000DDDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
REAL ESTATE MORTGAGE
*
WELLS FARGO DLR SVC/      |08/00/2005|I-1|           | / /    |   |
04/00/2003|$21689         |08/00/2006|60M|           | / /    |   |SHARED
*08/00/2006|$527          |          |         |      |        |   |PD/CLOSED
                           AUTO

METRO 2 HISTORY - 00000000000000/DDDDDDDDD/DDDDDDDDDDDDDDD/DDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO
*
```



EIS-BRATCH-001522

EQUIFAX P O BOX 740241

TO 401ZSU0040.2          CREDIT BUREAU INC.          ATLANTA GA 30374 800/685-1111
BRATCH                   SURINDER S
645 S MASSACHUSETTS ST   SEATTLE   WA   98134        FN 008-0688158-00-202

LITTON MTG SERVICE C
02/00/2006|$0
12/00/2005|$65660
*02/00/2006|$          02/00/2006   15Y   CONV RE MORTGAGE MTG-    INDIVIDUAL   TRSF/SOLD

ACCOUNT TRANSFERRED OR SOLD
REAL ESTATE MORTGAGE

LITTON MTG SERVICE C
02/00/2006|$0
12/00/2005|$350200
*02/00/2006|$          02/00/2006   40Y   CONV RE MORTGAGE           INDIVIDUAL   TRSF/SOLD

ACCOUNT TRANSFERRED OR SOLD
REAL ESTATE MORTGAGE                                $2144

CIT/LEASE FINANCE GR
11/00/2005|$0
05/00/2000|$3837
*11/00/2005|$          10/00/2005   I-1   $79                       INDIVIDUAL   PD/CLOSED

CLOSED OR PAID ACCOUNT/ZERO BALANCE
LEASE

METRO 2 HISTORY - DDDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDD1DDD

SNAP-ON CREDIT
07/00/2005|$0
12/00/2001|$4816
*05/00/2005|$          05/00/2005   I-1   36M                       INDIVIDUAL   PD/CLOSED
                                          WEEKLY
                       05/00/2005         $175

CLOSED OR PAID ACCOUNT/ZERO BALANCE
SECURED                                             SECURED

BANK OF AMERICA
07/00/2005|$0
07/00/2005|$0
*02/00/2002|$1000      08/00/2002   R-1   MONTHLY                   INDIVIDUAL   PD/CLOSED
                       08/00/2002         $2

CLOSED OR PAID ACCOUNT/ZERO BALANCE
ACCOUNT CLOSED BY CREDIT GRANTOR                    CREDIT CARD

METRO 2 HISTORY - DDDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDD/DDDDD21DDD1DD

DISCOVER FINANCIAL S                         R-1                    INDIVIDUAL

EIS-BRATCH-001523



EQUIFAX  P O BOX 740241

TO 401ZSO0040.2          CREDIT BUREAU INC.
BRATCH                   SURINDER S
645 S MASSACHUSETTS  ST  SEATTLE  WA  98134

ATLANTA GA 30374 800/685-1111

FN 008-0688158-00-202

CLOSED OR PAID ACCOUNT/ZERO BALANCE | 10/80/2004 |                              | INDIVIDUAL
*ACCOUNT CLOSED BY CREDIT GRANTOR    | 10/80/2004 | MONTHLY                     | PD/CLOSED
BANK OF AMERICA                      | 08/00/2004 |                    CREDIT CARD | INDIVIDUAL
08/00/2004 | $0                      | 08/00/2004 |         I-1    / /     75     | PD/CLOSED
02/00/2000 | $17822                  |            |                / /     $$

METRO 2 HISTORY - DDDDDDDDDDDDD/DDDDDDDDDDDDDD/DDDDDDDDDDDDDD/DDDDDDDDDDDDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO                                 | 08/00/2004 |              AUTO    / /
CHEVRON                              | 12/00/2003 |              60M      / /    152     | SHARED
12/00/2003 | $0                      | 12/00/2003 |         I-1    / /     $$     | CLOSED
09/00/1999 | $600                    | $

ACCOUNT CLOSED BY CONSUMER                                    CREDIT CARD
CREDIT CARD
MACYS/FDSB                           | 09/00/2000 |              / /       24     | INDIVIDUAL
05/00/2002 | $0                      | $         R-1  / /       02
08/00/2000 | $600                    | $

FIRST USA BANK                       | 08/00/1999 |              / /       21     | AUTH USER
09/00/1999 | $0                      | $         R-1  / /       $$
12/00/1997 | $7000                   | $99

FIRST USA                            | 11/00/2001 |              / /       25     | AUTH USER
06/00/1999 | $0                      | $         R-1  / /       $$
06/00/1999 | $1500                   | $

ACCOUNT CLOSED AT CONSUMERS REQUEST
*CLOSED OR PAID ACCOUNT/ZERO BALANCE

REF TO EQUIFAX INFORMATION SERVICES LLC,        P O BOX 740241,
,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA,

FROZEN 631 2008 MONTH 04 NAME/SSN RECORDS
********************************************

0000

FN 008-068B190-00-203

BRATCH
20711 122ND PL SE KENT
SURINDER S
WA 98031
SSN VER - Y

CID 02AFF56024DAE72082

BRATCH,SURINDER,S
20711,122ND,PL SE,KENT,WA,98031, TAPE RPTD 01/02
TELEPHONE NUMBER (253) 639-4742 SPEC 09/07.
645,5 MASSACHUSETTS,ST,SEA,WA,98134, TAPE RPTD 06/02.
FORMER NAME-SINGH,SURINDER

BRATCH,SURINDER,S
20711,122ND,PL SE,KENT,WA,98031

REPORT IS FOR INTERNAL USE ONLY - CONTAINS DATA SUPPRESSED TO CUSTOMERS
FILE SINCE 02/03/98
FILE ACTIVITY 03/27/08

*BRATCHS AUTOBODY
*INQS- 04/11/08 ,AR 163BJ30565, 04/11/08 ,AR 155FB32177, 04/05/08
PRM 155FP32177, 04/03/08 ,AR 484BB046633, 03/28/08,AR 217DN00004, 03/27/08
ID 092CD82689, EQUIFAX KEYBANK,645BB019359 02/11/08,PRM 08
AR 103FM11640, 03/12/08 ,PRM 243FP00736, 02/11/08 ,PRM 450DN00054, 01/16/08
,PRM 243FP00736, 01/11/08 ,PRM 850B0B149B 01/06/08 ,PRM 155FP32177,
12/12/07 ,PRM 285FA00939, 12/06/07 ,PRM 450DN13597, 11/26/07
11/21/07 ,PRM 243FP00736, 11/21/07 ,PRM 580DN08054, 11/08/07 ,PRM 654FA17487,
09/25/07 ,PRM 992FM03907, 10/31/07 ,PRM 285FA00939, 10/10/07 ,PRM 850B0B149B,
09/13/07 ,PRM 364FM00105, 09/20/07 ,PRM 401DN02107, 09/18/07 ,PRM 155FP32177,
09/07/07 ,PRM 401DN02107, 09/07/07 ,PRM 285FA00939, 09/07/07 ,PRM 850B0B149B,
09/07/07 ,PRM 285FR00009, 09/07/07 ,PRM 602FM2B517, 09/07/07 ,PRM 399FM46676,
09/07/07 ,PRM 285FA00939, 09/07/07 ,PRM 991FM91085, 09/07/07 ,PRM 992FM19225,
EU 133CD50250WIND,08, 08/30/07 ,AR 701FC065B0, 09/06/07
07/24/07 ,PRM 163BJ30565, 07/26/07 ,PRM 152FR00013, 07/06/07
BENECL/HFC,155FP31347, 07/25/07 ,PRM 701FC065B8, 08/21/07 ,PRM 163BJ30565
PRM 285FA00632 05/29/07 ,PRM 701FM25762, 07/09/07 ,PRM 155FP32177,
,PRM 285FA00632, 05/29/07 ,PRM 243FP00736, 07/02/07 ,PRM 243FP00736,
GEMB/CHEVRON PLCC ,PRM 285FA00632, 05/09/07 ,PRM 243FP00736, 04/23/07
,10/06/06, AMEX/X152BB21186, 08/09/06, BENECL/HFC,155FP31347,12/22/06,
HSBC BANK, 164BB4U007,07/25/06, BENECL/HFC,155FP31347,
,70125313,05/06/06, BENECL/HFC,155FP31347,07/24/06, PUG SND LS

PAGE  1

| ACCOUNT | REPORTED | BALANCE | DFD | PAYMENT PRACTICE |
|---|---|---|---|---|
| | HIGH CRDT | PAST DUE | PLA |DURATION|DEFER DATE|MONTHS REV|ECOA |
| *CLSD/MDEL | CRDT LIMIT | LST PAY | DIF|FREQUENCY|BLOON DATE|PAST DUE|CLASS |
| | | AM|SCH PYMT|BLOON PYMT|CHRGE OFF|ACTIVITY DESI |

ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE

BENEFICIAL/HFC
04/2008 /HFC $6959
07/2006 /HFC $11823
$14750

METRO 2 HISTORY - 0000000000/01000000D LINE OF CREDIT

CHARGE ACCOUNT    PD/CLOSED
MONTHLY    R-1

AUTH USER
INDIVIDUAL
MONTHLY    C-1
04/2008
03/2008 $154

EXHIBIT
B

EIS-BRATCH-001525

EQUIFAX P O BOX 740241                          ATLANTA GA 30374 800/685-1111
TO 401Z500040.2    CREDIT BUREAU INC.
BRATCH            SURINDER S
20711 122ND PL SE  KENT    WA 98031             FN 008-0688190-00-203

SEARS/CBSD
LINE OF CREDIT
*AMOUNT IN H/C COLUMN IS CREDIT LIMIT
04/00/2008|$0
10/00/1996|$567
*01/00/2021|$720                05/00/2002| |R-1           |96 |INDIVIDUAL
                                05/00/2002|MONTHLY
CHARGE ACCOUNT

METRO 2 HISTORY - DDDDDDDDDDDDD/DDDDDDDDDDD/DDDDDDDDDDDDDDD
ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
UNIVERSAL/CITIBANK S
04/00/2008|$221               04/00/2008| * |R-1           |26 |INDIVIDUAL
01/00/2001|$4850              |MONTHLY
                              |$34                $
CREDIT CARD

CREDIT CARD - 0000000000000/0000000000000/00000000000000
*AMOUNT IN H/C COLUMN IS CREDIT LIMIT
HSBC BANK                                                       |20 |INDIVIDUAL
03/00/2008|$2047              03/00/2008| |R-1
07/00/2006|$2618             03/00/2008|MONTHLY
          |$2500             |$600               $
CREDIT CARD

METRO 2 HISTORY - 0000000000000/0000000000000/0000000000E
*AMOUNT IN H/C COLUMN IS CREDIT LIMIT
CHASE BANK USA, NA                                              |99 |AUTH USER
12/00/1997|$11374            04/00/2008| |R-1
          |$8800             04/00/2008|MONTHLY
                             |$230               $272
CREDIT CARD

METRO 2 HISTORY - 000000000000/0000000000000/00000000000000
*AMOUNT IN H/C COLUMN IS CREDIT LIMIT
TAPCO CREDIT UNION                                             |25 |JOINT
03/00/2008|$31397            03/00/2008| |I-1
01/00/2006|$40727           |60M
                            |MONTHLY            $



EIS-BRATCH-001526

EQUIFAX P O BOX 740241    ATLANTA GA 30374 800/685-1111

TO 401ZSU00040.2    CREDIT BUREAU INC.
BRATCH    SURINDER S
20711 122ND PL SE   KENT   WA   98031
FN 008-0688190-00-203

METRO 2 HISTORY - 0000000000000/0000000000000/00
AUTO
*
SNAP-ON CREDIT
03/00/2008|$5517
12/00/2001|$5517    05/00/2008    AUTO
  /   /   /    |$1060    |$

METRO 2 HISTORY - 0000000000000/0000000000000/0D
AUTO
*

METRO 2 HISTORY - DDDDDDDDDDDDD/DDDDDDDDDDDDD/DDDDDDDDDDDDD
SECURED
*
CAPITAL ONE BANK USA
03/00/2008|$378    05/00/2008    05/00/2008    I-1
12/00/2005|$3502|00    05/00/2005   WEEKLY   $183    58

METRO 2 HISTORY - DDDDDDDDDDDDD/DDDDDDDDDDDDD/DDDDDDDDDDDDD
SECURED
*
CAPITAL ONE BANK USA
03/00/2008|$378    05/00/2008    R-1
01/00/2001|$1766    03/00/2008   MONTHLY   $15    86
|$1500    |$1100

CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
AMERICA'S SERVICING    02/00/2008    M-1
02/00/2008|$3365|B    01/00/2008   MONTHLY   21
12/00/2005|$3502|00    |$2921

METRO 2 HISTORY - 0000000000000/0000000000001|DDD/DDDDDDDDDDDDD
DIDDDDDDDDDDD/DDDDDDDDDDDD/DDDDDD2DD

METRO 2 HISTORY - 0100000000000/0000000000DD/DD
REAL ESTATE MORTGAGE    CONV RE MORTGAGE MTG-
CONVENTIONAL MORTGAGE
*
UNIVERSAL/CITIBANK S    02/00/2008| 40Y    70
11/00/2006|$    10/00/2006    R-1
01/00/2001|$0    MONTHLY
|$4850    |$60

METRO 2 HISTORY - 0000000000000/0000DDDDDDDDD/DDDDDDDDDDDDD
CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
AMERICA'S SERVICING    08/00/2006| 15Y    04
09/00/2006|$0

INDIVIDUAL
INDIVIDUAL
INDIVIDUAL
INDIVIDUAL
INDIVIDUAL
INDIVIDUAL

PAGE 3

```
EQUIFAX P O BOX 740241                                    ATLANTA GA 30374 800/685-1111

TO 401ZS000040.2        CREDIT BUREAU INC.
BRATCH                  SURINDER S
20711 122ND PL SE  KENT  WA 98031                         FN 008-0688190-00-203

12/00/2005|$65660        /        |08/00/2006|MONTHLY      /  /        PD/CLOSED
                                  |$620
METRO 2 HISTORY - 0000DDDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
REAL ESTATE MORTGAGE                                                    SECOND MORTGAGE MTG-

*
WELLS FARGO DLR SVC/              |08/00/2006|*    I-1    /        SHARED
08/00/2006|$0          |08/00/2006| 6M                           PD/CLOSED
04/00/2003|$21689      |08/00/2006|$527                 /40
*08/00/2006|$0                                          AUTO
METRO 2 HISTORY - 00000000000000/DDDDDDDDDDDDDDDDD/DDDDDDDDDDD/DDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO
*
LITTON MTG SERVICE C              |02/00/2006|*    M-     /        INDIVIDUAL
02/00/2006|$0          |02/00/2006| 15Y                  $        TRSF/SOLD
12/00/2005|$65660      |02/00/2006|$620            $          $
*02/00/2006|$0                                     CONV RE MORTGAGE MTG-
ACCOUNT TRANSFERRED OR SOLD
REAL ESTATE MORTGAGE
*
LITTON MTG SERVICE C              |02/00/2006|*    M-     /        INDIVIDUAL
02/00/2006|$0          |02/00/2006| 40Y                           TRSF/SOLD
12/00/2005|$350200     |02/00/2006|$2144           CONV RE MORTGAGE MTG-
*02/00/2006|$0
ACCOUNT TRANSFERRED OR SOLD
REAL ESTATE MORTGAGE
*
CIT/LEASE FINANCE GR              |10/00/2005|*    I-1    /        INDIVIDUAL
11/00/2005|$0          |10/00/2005| 44M                  $        PD/CLOSED
05/00/2001|$3837       |MONTHLY    $79                    65
*11/00/2005|$0                    LEASE
METRO 2 HISTORY - DDDDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDDDDD/DDDDDDDDDDDDDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE
LEASE
*
BANK OF AMERICA                   |08/00/2001|*    R-1    /        INDIVIDUAL
07/00/2005|$0                                   /        |B2
```

EIS-BRATCH-001528

EQUIFAX  P O BOX 740241                                    ATLANTA GA 30374 800/685-1111
TO 401ZS00040.2          CREDIT BUREAU INC.
BRATCH                   SURINDER S
20711 122ND PL SE KENT WA 98031                            FN 008-0688190-00-203



07/00/1998|$1294
*02/00/2002|$1000                          08/00/2002|MONTHLY
                                           |$2                                    |                | PD/CLOSED

METRO 2 HISTORY - DDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDD/DDDDD21DDD1DD
CLOSED OR PAID ACCOUNT/ZERO BALANCE        CREDIT CARD     / /    / /
ACCOUNT CLOSED BY CREDIT GRANTOR           |$             |$              |$         | PD/CLOSED
*
DISCOVER FINANCIAL S /
05/00/2005|$0                              10/00/2004|
02/00/1999|$2008                          10/00/2004|MONTHLY   75
*09/00/2003|$2200                          |$             |$             75          | PD/CLOSED    INDIVIDUAL

CLOSED OR PAID ACCOUNT/ZERO BALANCE        CREDIT CARD
ACCOUNT CLOSED BY CREDIT GRANTOR           / /
BANK OF AMERICA                            08/00/2004|     I-1
08/00/2004|$0                              08/00/2004|     60M        152            | PD/CLOSED    INDIVIDUAL
02/00/2000|$17822                          |$             |$

METRO 2 HISTORY - DDDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDD11DDDDDDD/DDDDDDDDDDDD
CLOSED OR PAID ACCOUNT/ZERO BALANCE        AUTO
CHEVRON                                    12/00/2003        R-1      24            | SHARED    CLOSED
09/00/1999|$600                            12/00/2003
                                           |$             |$
*
ACCOUNT CLOSED BY CONSUMER
ACCOUNT TRANSFERRED OR SOLD
MACYS/FDSB                                  09/00/2000  *    R-1      02            | INDIVIDUAL
05/00/2002|$0
08/00/2000|$600                            |$
*
FIRST USA BANK                             08/00/1999  *    R-1
09/00/1999|$0                              |$             21            | INDIVIDUAL
12/00/1997|$7000
*
FIRST USA                                               R-1      99    | AUTH USER

PAGE  5



EIS-BRATCH-001529

EQUIFAX  P O BOX 740241                                      ATLANTA GA 30374 800/685-1111

TO 401ZS00040,2       CREDIT BUREAU INC.
BRATCH                SURINDER S
20711 122ND  PL SE  KENT  WA  98031                          FN 008-068B190-00-203

* ---------------------------------------------------------------------------------------
ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
* ---------------------------------------------------------------------------------------

10/00/2001 |$0          |10/00/2001|$
06/00/1999 |$1500       |
           |$           |$  / /      |$ 25    |AUTH USER
           |$           |$  / /      |$
           |$           |$  / /

REF TO EQUIFAX INFORMATION SERVICES LLC,             P O BOX 740241,
,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA

```
FROZEN 622 2006 MONTH 02 NAME/SSN RECORDS
****************************************************
                                                              0000
BRATCH                                          SURINDER S          FN 008-0688190-00-272
645 S MASSACHUSETTS ST      SEATTLE WA  98134

REPORT IS FOR INTERNAL USE ONLY - CONTAINS DATA SUPPRESSED TO CUSTOMERS

BRATCH,SURINDER,S.                                              FILE SINCE 02/03/98    BRATCH,SURINDER,S.
645,S MASSACHUSETTS ST,SEA ,WA,98134, TAPE RPTD 06/02.                                 645,S MASSACHUSETTS,ST,SEA ,WA,98134
20711,122ND,N,KENT,WA,98031, TAPE RPTD 01/02                                           CID 02AFF560240AE72082
 TELEPHONE NUMBER (253) 639-4742 SPEC 07/04.                    FILE ACTIVITY 02/22/06
FORMER NAME-SINGH,SURINDER.

                                                         SSN VER - V

    BRATCHS AUTOBODY                                                  VER - V
*INQS- 01/29/06 ,AR 850B024906, 01/27/06 ,AR 217QN00770, 01/26/06
PRM 625UT001178, CDL GILCHRISI,701FC2B564,01/24/06, PRM 285FA00939,
GILCHRIS1,701AN5428,01/20/06, 01/16/06, PRM 484BB02462, 12/29/05
AR 850B024906, 12/29/05                ,701UM25B79,11/28/05
,701UM25B79,11/22/05 WMC MTG,404FM2076,11/22/05, PRM 990FM3B554,WANDMORTO
  0B, 11/03/05 ,PRM 399FM17B6,404FM2096,11/21/05, EU 132ZB02550/ABC
10/18/05 ,PRM 910UT49096, 10/19/05 ,AR 404BB0B993           1B0FM10406,
09/02/05 ,AR 404FF20293? 11/13/05 ,PRM 401DN01661, 11/01/05
08/11/05 ,PRM 404BB02462, 08/02/05 ,PRM 625UT001178,
07/06/05 ,PRM 399FM17B56, 06/05/05 ,PRM 485FP00607, 05/28/05
EU 132ZB02550/ABC,0B, 05/03/05 ,PRM 625UT001178, 04/15/05 ,LD 092ZDB2689
EQUIFAX, 04/15/05 ,ND 915AAD1297,EQUIFAX,07,    BK OF AMER,163BB27046
01/27/05, PUG SND LS,701ZS313,0B/31/04,08/13/04, EU 701ZB2UB34/GBLD,0B,
GAYLD IND,162ZS1037,06/06/04,05/13/04 ,EU 1B1ZB01B01/BILL,0B, 02/22/06
ND 960ZBU0UZZ,CHOICEPT  /METROPOL.
```

| REPORTED | BALANCE | DFD / DLA | DURATION | PAYMENT PRACTICE | DATE MONTHS REVI | ECOA |
|---|---|---|---|---|---|---|
| UPLND | UPLND HIGH CRDT | LST PAY | DI FREQUENCY | DEFER | HLOON DATE | CLASS |
| CLSD/MJDEL | CRDT LIMIT ACT | PAY | AMI SCH PYMT | BLOON PYMT | PAST DUE | ACTIVTY DESI |
| SEARS/CBSD | | | | | BLOON | CHRGE OFF |

```
02/00/1996|$0                          ☐  R-1           INDIVIDUAL
*01/00/2002|$720       05/00/2002                        PD/CLOSED
                       05/00/2002      ☐  $

ACCOUNT CLOSED BY CONSUMER

CAPITAL ONE BANK USA
02/00/2006|$1,339      02/00/2006      ☐  R-1           INDIVIDUAL
01/00/2001|$1,766      02/00/2006      $40 MONTHLY
    /  /  |$

METRO 2 HISTORY -            DDDDEEEEEE/DDDDDDDDDDDD/DDDDDDDDDDDDDDDDD
                            DDDDDDDDDDD1D/DDDDDDDDDD/DDDDDDDDDDDDDDDD

METRO 2 HISTORY -   000000001000000/D0DDDDDDDDDD/DDDDDDDDDDDDDDDDDD
                    DDDDD21DDDDDD/D
UNIVERSAL/CITIBANK S
```

| | CREDIT CARD | |
|---|---|---|

EXHIBIT

EIS-BRATCH-001492

EQUIFAX  P O BOX 740241                              ATLANTA GA 30374 800/685-1111

TO 4012500040,2    CREDIT BUREAU INC.
BRATCH                SUKINDER S
645 S MASSACHUSETTS ST    SEATTLE WA  98134          FN 008-068B190-00-272

```
*                                                                              |INDIVIDUAL
02/00/2006|$2840
01/00/2001|$0        |02/00/2006              / /                  61
            $        |MONTHLY               / /             $
                     |$106                                  $
* METRO 2 HISTORY - 0000000000000/0DDDDDDD0/0DDDDDDDDDD

*                                                                              |AUTH USER
CHASE BANK USA, NA
02/00/2006|$6520    |02/00/2006              / /                  91 *
12/00/1997|$1137/4  |01/00/2006  R-1        / /             $
            $8000   |MONTHLY                 / /             $
                     $265
* METRO 2 HISTORY - 0000000000/0000000U/0DDDDDDDDD/0DDDDDDDDDDD

*                                                                 CREDIT CARD      |INDIVIDUAL
WELLS FARGO DLR SVC/ DDDDDDD1DDDDDD/0DDDDDDD1DDD/0DDDDDDDDDD
01/00/2006|$14225
04/00/2003|$21689   |01/00/2006   I-1       / /                  33
            $        |01/00/2006   60M       / /             $
                     $527                    / /             $
* METRO 2 HISTORY - 0000000000000/0DDDDDDDD/0DDDDDDDDDD        AUTO           |SHARED

*                                                                              |INDIVIDUAL
CIT/LEASE FINANCE GR  I-1
11/00/2005|$0       |10/00/2005   I-1                            65
05/00/2001|$3837    |10/00/2005  MONTHLY                    $
*11/00/2005|$8        $79                                   $
* METRO 2 HISTORY - DDDDDDDEED/0DDDDDDDDD/0DDDDDDDDD1DDD   LEASE           |PD/CLOSED

*                                                                              |INDIVIDUAL
SNAP-ON CREDIT         I-1 *
07/00/2005|$0       |05/00/2005   36M                           26
12/00/2001|$4816    |05/00/2005  WEEKLY                     $
*05/00/2005|$        |$175                                  $
* METRO 2 HISTORY - 0000000DDDDD/0DDDDDDDDDD/0DDDDDDDDD   SECURED          |PD/CLOSED

*                                                                              |INDIVIDUAL
BANK OF AMERICA        R-1
07/00/2005|$0       |08/00/2002                              82
*7/00/1998|$1294    |08/00/2002  MONTHLY                    $
*02/00/2002|$1000    $2                                     $
* METRO 2 HISTORY - EEEEEEEEEE/EEEEEDDDDDDD/0DDDDDDDDDDDDDDD1DDD1D  CREDIT CARD  |INDIVIDUAL
ACCOUNT CLOSED BY CREDIT GRANTOR                                              PD/CLOSED
```

EIS-BRATCH-001493

```
EQUIFAX  P O BOX 740241                                      ATLANTA GA 30374 800/685-1111

TO 4012500040,2        CREDIT BUREAU INC.
BRATCH                      SURINDER'S
645 S MASSACHUSETTS ST      SEATTLE WA  98134                FN 008-068190-00-272


DISCOVER FINANCIAL S
 05/00/2005|$0      10/00/2004|*                                          /5    INDIVIDUAL
 02/00/1999|$2008   10/00/2004|$                                                PD/CLOSED
*09/00/2003|$22U00 |         MONTHLY

METRO 2 HISTORY - EDEDUDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDDDD          CREDIT CARD
ACCOUNT CLOSED BY CREDIT GRANTOR
* BANK OF AMERICA
 08/00/2004|$0      08/07/2004   I-1                                      52    INDIVIDUAL
 02/00/2001|$17U22  08/00/2004   60M                                            PD/CLOSED

METRO 2 HISTORY - DDDDDDDDDD/DDDDDDDDDDDDDD/DDDDDDDDDDDDDDD          AUTO
* CHEVRON
 12/00/2003|$0      12/00/2003                                           24    SHARED
 09/00/1999|$230    12/00/2003                                                 CLOSED
     /    |$600

ACCOUNT CLOSED BY CONSUMER
* MACYS/FDSB
 05/00/2002|$0      09/00/2000                                           02    INDIVIDUAL
 08/00/2000|$600
     /    |$600

CHARGE AMOUNT IN H/C COLUMN IS CREDIT LIMIT                        CREDIT CARD
* FIRST USA BANK
 09/00/1999|$0      08/00/1999   *                                       21    AUTH USER
 12/00/1997|$       08/00/1999   R-1
     /    |$7000        |$99

CREDIT CARD AMOUNT IN H/C COLUMN IS CREDIT LIMIT
* FIRST USA
 06/00/2001|$0      10/00/2001   R-1                                     25    AUTH USER
 06/00/1999|$1500

ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE


PAGE  3
```

EIS-BRATCH-001494

EQUIFAX P O BOX 740241

ATLANTA GA 30374 800/685-1111

TO 401ZS00040,2    CREDIT BUREAU INC.
BRATCH               SURINDER S
645 S MASSACHUSETTS. ST    SEATTLE WA    98134

FN 008-0688190-00-272

REF TO EQUIFAX INFORMATION SERVICES LLC,
,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA

P O BOX 740241,
,ATLANTA,GA,30374-0241,



EIS-BRATCH-001495

```
FROZEN 622 2006 MONTH 04 NAME/SSN RECORDS                                        0000
**************************************************************

BRATCH                                    SURINDER S
645 S MASSACHUSETTS ST  SEATTLE WA 98134

REPORT IS FOR INTERNAL USE ONLY - CONTAINS DATA SUPPRESSED TO CUSTOMERS

                                                                FN 008-0688094-00-272

BRATCH,SURINDER,S.                                                          BRATCH,SURINDER,S
645,S MASSACHUSETTS,ST,SEA,WA,98134,                     FILE SINCE 02/03/98   645,S MASSACHUSETTS,ST,SEA ,WA,98134
20/11,12ND,PL,SE,KENT,WA,98031,TAPE RPTD 01/02                             CID 02AFF56024DAE720B2
TELEPHONE NUMBER (253) 639-4742 SPEC 07/04.               SSN VER - Y       FILE ACTIVITY 02/22/06
FORMER NAME-SINGH,SURINDER.

*BRATCHS AUTOBODY.,
*INGS-03/29/06 ,PRM ,243FP00736, 03/27/06 ,AR 217QN00770 03/10/06
PRM 919DM38554, 02/22/06 ,ND 960ZB00022,CHOICEPT /METROPOL 01/29/06
AR 850FB08406, 01/26/06 ,PRM 625UT00178, CDL/TAPCO.70LFC2B566,01/24/06,
01/21/06 ,PRM ,285FA00939, GILCHRIST,701AN3428,01/20/06,01/16/06
PRM 404BB02462 ,11/28/05 ,PRM 990FM3B554, WAMUMORTG,701FM2S879,11/22/05,
WMC MTG,404FM2626 ,11/22/05 ,EU 132ZB02550/ABC.08, 11/03/05,
10/19/05 ,AR 404BB08905, UNVL ,EU 444Z801013/PACI,08, 11/01/05 ,AR 180FA04019,
AR 444FC02937 10/19/05 ,PRM 401DN01661, 09/19/05 ,PRM 625UT00178, 09/02/05,
08/11/05 ,PRM 484BB02462 ,08/22/05, PRM 180FM10406, 08/18/05,07/20/05, PRM 180FM10406,
07/06/05 ,PRM 399FM17854, 08/02/05 ,PRM 401DN01661, 07/20/05 ,PRM 484BB02462,
EU 132ZB02550/ABC.08, 05/03/05 ,PRM 485FP00602, 05/28/05,
EQUIFAX ,7, BK OF AMER,1638B27B4S,04/15/05 ,ND 915AA01297
08/13/06 ,EU 701ZB20834/GOLD.08 GAC ,01/27/05, PUG SND LS,701ZS313,08/31/04,
EU 181ZB01801/BILL.08, 04/12/06 ,PRM ,146ZS1037,06/06/04, 05/13/04
*                                                 *PAYMENT 90DNUB054.,

REPORTED |BALANCE |DFD / DLA|DURATION|CONTRACT                           |ECOA
OPENED  |HIGH CRDT|LST PAY DT|FREQUENCY|DEFER DATE |MONTHS REVI          |CLASS
*CLSD/MDEL|CRDT LIMIT|ACT PAY AM|SCH PYMT|BLLON DATE |PAST DUE           |ACTIVITY DESI
SEARS/CBSD                                          BLLON PYMT|CHRGE OFF
OPENED    |$0                      / /  /72                   |INDIVIDUAL
 10/01/1996|$                     05/28/05
*01/00/2002|$720                   $                          |PD/CLOSED

METRO 2 HISTORY - DDDDDDDEEEEE/EEDDDDDDDDDD/DDDDDDDDDD/DDDDDDDDDDD
                  DDDDDDDDDDD1/DDDDDDDDDD/DDDDDDDDDD
ACCOUNT CLOSED BY CONSUMER
CAPITAL ONE BANK USA /85                            |INDIVIDUAL
 04/00/2006|$35        04/00/2006  / /  /63
 01/00/2001|$1766      04/00/2006  $15  MONTHLY     |R-1

METRO 2 HISTORY - 00000000001000/DDDDDDDDDDDD/DDDDDDDDDDD
                  DDDDDDDD21DDD/DDD                   CREDIT CARD
*                                                                     |INDIVIDUAL
UNIVERSAL/CITIBANK S                                 * R-1
```



EXHIBIT
D

EIS-BRATCH-001496

EQUIFAX  P O BOX 740241

TO 401ZSU0040.2    CREDIT BUREAU INC.
BRATCH                SURINDER S
645 S MASSACHUSETTS ST   SEATTLE  WA  98134

ATLANTA GA 30374 800/685-1111
FN 008-0688094-00-272

```
* METRO 2 HISTORY - 0000000000000/00000000000000/DDDDDDDDDDDD/DDDDDDDDDDDD
  04/00/2006 | $3024
  01/00/2001 | $0
             | $.          / /             AUTO
  04/00/2006 |             / /
             |             03/00/2006 | I-1
  MONTHLY | $107          03/00/2006 | 60M     / /       INDIVIDUAL
                          | $527                         35        SHARED

* CHASE BANK USA, NA - 00000000000/00000000000000/DDDDDDDDDDDD/DDDDDDDDDDDD
  04/00/2006 | $5974
  12/00/1997 | $11374
             | $8800      04/00/2006 | R-1     / /
  04/00/2006 |            | $500                / /
             |            MONTHLY | $215        / /       AUTH USER
  MONTHLY | $107          CREDIT CARD           93

* METRO 2 HISTORY -
  03/00/2006 | $13171     03/00/2006 |
  04/00/2003 | $21609     03/00/2006 |
             | $                      | I-1
* WELLS FARGO DLR SVC/  DDDDDDD1DD/DDDDDDDDDD
  03/00/2006 | I-1
  60M                                          INDIVIDUAL

* METRO 2 HISTORY -
  TAPCO CREDIT UNION      03/00/2006 |
  03/00/2006 | $47402     | $1060     / /
  01/00/2006 | $48727     MONTHLY               / /
             | $          AUTO                   / /      JOINT
                          I-1                    01

* METRO 2 HISTORY - 0D
  LITTON MTG SERVICE C   02/00/2006 |
  02/00/2006 | $0        | $620      / /
  12/00/2005 | $65660    15Y                     / /      INDIVIDUAL
  02/00/2006 | $         M-                       / /     TRSF/SOLD
                         CONV RE MORTGAGE MTG-

* LITTON MTG SERVICE C  02/00/2006 |
  02/00/2006 | $0        | $2144    / /
  12/00/2005 | $350200   40Y                    / /       INDIVIDUAL
  02/00/2006 | $         M-                      / /       TRSF/SOLD
                         CONV RE MORTGAGE MTG-

* CITI/LEASE FINANCE GR
  11/00/2005 | $0        10/00/2005 | I-1
  05/00/2001 | $3837     | 48M                            INDIVIDUAL
             |           10/00/2005 MONTHLY
```

EIS-BRATCH-001497

EQUIFAX P O BOX 740241                                    ATLANTA GA 30374 800/685-1111

TO 401ZS00040,2        CREDIT BUREAU INC.
BRATCH                 SURINDER S
645 S MASSACHUSETTS ST    SEATTLE WA 98134          FN 008-0688094-00-272

*11/00/2005|$                         |$            LEASE          |$    |$   |PD/CLOSED

*METRO 2 HISTORY - DDDDDDDDEEEDD/DDDDDDDDDDDDD/DDDDDDDDDD|DDD
*
SNAP-ON CREDIT
07/00/2005|$0          07/00/2005|$      I-1  36M                  |26   |PD/CLOSED
12/00/2001|$4816       05/00/2005 WEEKLY
*05/00/2005|$          *            |$175

METRO 2 HISTORY - 0000000DDDDD/DDDDDDDDDDDD/DDDDDDDDD/DDDDDDD
*
BANK OF AMERICA       08/00/2002                 SECURED
0/00/2005|$0          05/00/2005|$     R-1                         |82   |INDIVIDUAL
07/00/1998|$1294                      |$
*02/00/2002|$1000      08/00/2002 MONTHLY
                       |$2

METRO 2 HISTORY - EEEEEEEEEEE/EEEDDDDDDDDDDD/DDDD21DDDD1DD
ACCOUNT CLOSED BY CREDIT GRANTOR                  CREDIT CARD
*                                                 CREDIT CARD
DISCOVER FINANCIAL S
05/00/2005|$0          10/00/2004          R-1                     |75   |INDIVIDUAL
02/00/1999|$2208       10/00/2004 MONTHLY
*09/00/2003|$2200      |$

METRO 2 HISTORY - EDEDDDDDDDDD/DDDDDDDDDDDD/DDDDDDDDDDDDD
ACCOUNT CLOSED BY CREDIT GRANTOR                  CREDIT CARD
*
BANK OF AMERICA       08/00/2004                  CREDIT CARD
08/00/2004|$0          08/00/2004|$     I-1                        |52   |INDIVIDUAL
02/00/2000|$17822                      60M
*        /    /        |$

METRO 2 HISTORY - DDDDDDDDDDDD/DDDDD1DDDDDD/DDDDDDDDDDDDDDDD
*
CHEVRON                                           AUTO
12/00/2003|$0          12/00/2003          R-1                     |24   |INDIVIDUAL
09/00/1999|$230        12/00/2003|$
*    /    /  |$600

ACCOUNT CLOSED BY CONSUMER                         CREDIT CARD
*
MACYS/FDSB
05/00/2002|$0          09/00/2000|   *   R-1                       |02   |INDIVIDUAL

PAGE  3

EIS-BRATCH-001498



EQUIFAX P O BOX 740241

TO 401ZS00040,2        CREDIT BUREAU INC.                    ATLANTA GA 30374 800/685-1111
BRATCH                 SURINDER S
645 S MASSACHUSETTS ST  SEATTLE WA 98134                    FN 008-0688094-00-272

08/00/2000|$   |$600
CHARGE      |$600

AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
FIRST USA BANK
09/00/1999|$0
12/00/1997|$7000         08/00/1999   R-1   |$99
CREDIT CARD                    *
AMOUNT IN H/C COLUMN IS CREDIT LIMIT
*
FIRST USA
10/00/2001|$0            10/00/2001   R-1
06/00/1999|$1500
ACCOUNT CLOSED AT CONSUMERS REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
*
REF TO EQUIFAX INFORMATION SERVICES LLC,      P O BOX 740241,
,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA

AUTH USER
AUTH USER

EIS-BRATCH-001499

```
=========================================================
TIMESTAMP: 29-Jul-2008 06:40
ACIS FUNCTION: AUTO MAINTENANCE
=========================================================
*********************************************************
BRATCH, SUKHWINDER, S, ,   SINCE 07/29/2008  FAD 07/29/2008
20711 122ND PL SE, KENT WA, 98031, , , , , 07/2008,
645 S MASSACHUSETTS ST, SEATTLE WA, 98134, , , , , 06/2002,
1234 SUNNYSIDE STREET, KENT WA, 98031, , , , , 11/1998,
, ████████████████  ███████████ ,
FN-SINGH, SURINDER, ,
---------------------------------------------------------
Consumer Referral Location-145
       REGION 701 EQUIFAX INFORMATION SERVICES LLC
       1550 PEACHTREE STREET MD H13,ATLANTA,GA,30309,800/685-1111
---------------------------------------------------------
*********************************************************
ES-, BRATCHS AUTOBODY, , , , , ,

EF-, SELF EMPLOYED, , , , , ,

E2-, SINGH SURHVINDER AND SURINDER, , , , , ,


SUM-101996-072008, PR/OI-YES, FB-NO, ACCTS:31, HC-$0-350200, , 28-ONE, 1-SIX, 2

FS- SENTINEL CONSUMER

PUBLIC RECORDS OR OTHER INFORMATION
02/2001, , BKRPT 701VF00010, 0111558, , , , PERSONAL, INDIVID
DISCHARGED CH-7, RPTD 03/09/2006, DISP DATE 06/12/2001,,


INQS-SUBJECT SHOWS 37 INQUIRIES SINCE 04/2008
   ACIS    ✓8192043096     915AA00828    EQUIFAX AUTO MTNC UP   07/29/2008 -FI
   ID      EFXCONSUM       092ZD00055    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ND      EFXCONSV        401ZC00296    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ND      WA87104497      401ZC00734    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ND      WA87104488      401ZC00825    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ND      EFXCONSV        401ZC00312    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ND      EFX CON SV      401ZC00395    EQUIFAX CONSUMER SER   07/28/2008 -FI
   ACIS    8206000000      447AA00044    EQUIFAX INFORMATION    07/24/2008 -FI
   ACIS    8201000000      447AA00044    EQUIFAX INFORMATION    07/19/2008 -FI
   ACIS    8200000000      447AA00044    EQUIFAX INFORMATION    07/18/2008 -FI
   ID      EQUIFAX         092ZD02689    EQUIFAX                07/15/2008 -FI
   ID      EFXCONSUM       092ZD00055    EQUIFAX CONSUMER SER   07/15/2008 -FI
   ACIS    8194000000      447AA00044    EQUIFAX INFORMATION    07/12/2008 -FI
   ACIS    8193000000      447AA00044    EQUIFAX INFORMATION    07/11/2008 -FI
   AR                      163BB30565    HSBC BANK NV FKA HHL   07/11/2008 -FI
   AR                      155FP32177    BENEFICIAL/USCL        07/11/2008 -FI
   ACIS    8192000000      447AA00044    EQUIFAX INFORMATION    07/10/2008 -FI
   ND      8692840030      915AA01339    EQUIFAX                07/10/2008 -FI
   ID      EQUIFAX         092ZD02689    EQUIFAX                07/10/2008 -FI
   ACIS    8192043096      915AA00018    EQUIFAX                07/10/2008 -FI
   PRM                     155FP32177    BENEFICIAL/USCL        07/07/2008 -FI
   PRM                     243FP00736    CITIFINANCIAL          07/02/2008 -FI
   AR                      217ON00804    UNIVERSAL CARD AT&T/   06/27/2008 -FI
   PRM                     364FM00105    NATIONS LENDING CORP   06/10/2008 -FI
   AR                      103FM11640    WELLS FARGO BANK, NA   06/06/2008 -FI
   AR                      613BB22318    US BANK NA             06/05/2008 -FI
```



EXHIBIT

E

EIS-BRATCH-000013

```
AR                    484BB04633  CAPITAL ONE            06/05/2008 -FI
PRM                   404FF03555  GEMB/JC PENNEY         05/28/2008 -FI
CR       WELLS.FARG   181ZB03245  RELS   CREDIT         05/19/2008 -FI
CR       WELLS FARG   181ZB03252  RELS   CREDIT         05/16/2008 -FI
PRM                   993FM63979  OXFORD LENDING GROUP   05/13/2008 -FI
PRM                   046FR00103  CROSS COUNTRY MORTGA   05/13/2008 -FI
PRM                   992FM19225  FIRST OHIO BANC & LE   05/13/2008 -FI
PRM                   682FM28517  CENTEX HOME EQUITY     05/13/2008 -FI
CR       ABSOLUTE M   701ZB12031  AMERICAN REPORTING C   05/12/2008 -FI
PRM                   285FA00632  DIRECT LENDING SOURC   04/16/2008 -FI
PRM                   155FP32177  BENEFICIAL/USCL        04/05/2008 -FI
ID       EQUIFAX      092ZD02689  EQUIFAX                03/27/2008 -FI
CR                    645BB19339  KEYBANK BUSINESS BAN   03/19/2008 -FI
PRM                   163BB30565  HSBC BANK NV FKA HHL   03/12/2008 -FI
PRM                   243FP00736  CITIFINANCIAL          03/12/2008 -FI
PRM                   163BB30565  HSBC BANK NV FKA HHL   02/13/2008 -FI
PRM                   458ON08054  APPLIED BANK           02/11/2008 -FI
PRM                   243FP00736  CITIFINANCIAL          01/16/2008 -FI
PRM                   850BB01498  CAPITAL ONE BANK USA   01/11/2008 -FI
PRM                   155FP32177  BENEFICIAL/USCL        01/04/2008 -FI
PRM                   285FA00939  MDA CAPITAL, INC.      12/12/2007 -FI
PRM                   458ON13597  BANK ONE,NA            12/06/2007 -FI
PRM                   654FA17487  NATIONAL AUTO WARRAN   11/26/2007 -FI
PRM                   243FP00736  CITIFINANCIAL          11/21/2007 -FI
PRM                   458ON08054  APPLIED BANK           11/21/2007 -FI
PRM                   850BB01498  CAPITAL ONE BANK USA   11/08/2007 -FI
PRM                   992FM03907  CORINTHIAN MTG         11/05/2007 -FI
PRM                   285FA00939  MDA CAPITAL, INC.      10/31/2007 -FI
PRM                   155FP32177  BENEFICIAL/USCL        10/06/2007 -FI
PRM                   364FM00105  NATIONS LENDING CORP   09/25/2007 -FI
PRM                   401ON02107  TRIBUTE / FBOFD        09/20/2007 -FI
PRM                   850BB01498  CAPITAL ONE BANK USA   09/18/2007 -FI
PRM                   401ON02107  TRIBUTE / FBOFD        09/13/2007 -FI
PRM                   285FA00939  MDA CAPITAL, INC.      09/07/2007 -FI
PRM                   992FM19225  FIRST OHIO BANC & LE   09/07/2007 -FI
PRM                   152FR00013  MOUNTAIN RIDGE MORTG   09/07/2007 -FI
PRM                   991FM91085  APEX MORTGAGE SERVIC   09/07/2007 -FI
PRM                   682FM28517  CENTEX HOME EQUITY     09/07/2007 -FI
PRM                   399FR46676  WORLD MORTGAGE SOLUT   09/07/2007 -FI
PRM                   285FR00089  ORION REAL ESTATE SE   09/07/2007 -FI
CR       WINDFALL M   133ZB02550  ASSOCIATED CREDIT SY   09/06/2007 -FI
AR                    701FC06588  TAPCO CREDIT UNION     08/30/2007 -FI
PRM                   163BB30565  HSBC BANK NV FKA HHL   08/28/2007 -FI
AR                    910UT41491  SPRINTNEXTEL - PCS     08/09/2007 -FI
CR                    155FZ02743  NATIONWIDE FUNDING L   08/02/2007 -FI
CR                    155FP31347  BENEFICIAL/HFC         07/06/2007 -FI
CR       WINDFALL M   133ZB02550  ASSOCIATED CREDIT SY   04/26/2007 -FI
CR                    496XZ00084  YELLOW BOOK USA        04/18/2007 -FI
CR       COUNTRYWID   180ZB07577  LANDSAFE CREDIT        04/09/2007 -FI
CR                    155FP31347  BENEFICIAL/HFC         12/22/2006 -FI
CR                    155FP31347  BENEFICIAL/HFC         10/04/2006 -FI
CR                    499FZ00018  TOTAL MERCHANT SERVI   09/20/2006 -FI
CR                    152BB21186  AMERICAN EXPRESS / S   08/09/2006 -FI
CR       ACCESS MOR   444ZB00510  CIS INFORMATION SERV   08/01/2006 -FI
```

| FIRM/ MORTGAGE ID # | RPTD/ CLOSED | OPND/ MAJ RPT | HI CREDIT /ACT PAY | CRED LIM/ SCHD PAY | BAL/ CHRG OFF | PAST DUE /TERMS | CS TP |
|---|---|---|---|---|---|---|---|
| AMERICA'S SERVICING | 072008 | 122005 | 350200 | | 346092 | 0 | M1 2 |
| DFD/DLA | PURCH/SOLD/ORIGINAL CREDITOR | | 2755 | | AUI | M 26 | |

EIS-BRATCH-000014

```
             02/2008
             BAL AMT      BAL PAY DT  DEF PAY DT CC

             CONSUMER DISPUTES THIS ACCOUNT INFORMATION
             REAL ESTATE MORTGAGE
             CONVENTIONAL MORTGAGE

DEROG TRADE HISTORY
12/2007-1
-----------------------------------------------------------------------
  AMERICA'S SERVICING 092006 122005      65660                        M1
                                                    620      15Y M 5B B
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR   AUI
        08/2006      *
        BAL AMT      BAL PAY DT  DEF PAY DT CC

        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        REAL ESTATE MORTGAGE

-----------------------------------------------------------------------
  BANK OF AMERICA 072008 022000      17822                    I1 52 I
                                                        60M   00 P
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        08/2004
        BAL AMT      BAL PAY DT  DEF PAY DT CC

        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        AUTO

DEROG TRADE HISTORY
02/2002-1
-----------------------------------------------------------------------
  BANK OF AMERICA 072008 111997      14594     10800          R1 52 A
                                                              M 18 C
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        07/2008      *
        BAL AMT      BAL PAY DT  DEF PAY DT CC

        ACCOUNT CLOSED BY CREDIT GRANTOR
        CREDIT CARD

DEROG TRADE HISTORY
09/2005-1 11/2004-1 04/2004-1
-----------------------------------------------------------------------
  BANK OF AMERICA 072000 111997      7100                     R1 26 A
                                             73
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
        07/2000      *
        BAL AMT      BAL PAY DT  DEF PAY DT CC

-----------------------------------------------------------------------
BENEFICIAL/HFC 072008 072006            14750    10345      0 C1 22 I 0
                                             153             M 15
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR       AUI
```

EIS-BRATCH-000015

```
                                06/2008
                                BAL AMT '   BAL PAY DT  DEF PAY DT CC

                                LINE OF CREDIT

DEROG TRADE HISTORY
02/2007-1
----------------------------------------------------------------------
  CAPITAL ONE BANK USA 072008 012001        1500              R1
                                     500    17          M 18
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR    AUI
        06/2008
        BAL AMT    BAL PAY DT  DEF PAY DT CC


        CREDIT CARD
----------------------------------------------------------------------
  CHASE BANK USA, NA 072008 121997   11374   8800   6640    0 R1 99
                                        0    225          M 18
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR    AUI
        06/2008
        BAL AMT    BAL PAY DT  DEF PAY DT CC


        CREDIT CARD

DEROG TRADE HISTORY
06/2003-1
----------------------------------------------------------------------
  CIT/LEASE FINANCE GR 072008 052000    3837                   I1
                                   11/2005   79       48M M 13 P
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR    AUI
        10/2005
        BAL AMT    BAL PAY DT  DEF PAY DT CC


        CLOSED OR PAID ACCOUNT/ZERO BALANCE
        LEASE

DEROG TRADE HISTORY
02/2002-1
----------------------------------------------------------------------
  CONCORDIA FINANCE 102007 062003   25175                   I6 29
                                   10/2007   1074     36M  00 P
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR    AUI
        11/2005   *
        BAL AMT    BAL PAY DT  DEF PAY DT CC


        PAID COLLECTION
        AUTO
----------------------------------------------------------------------
  FIRST USA 102001 061999     1500                 R1 25 A
        DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR    AUI
        10/2001   *
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

EIS-BRATCH-000016

ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FIRST USA BANK 091999 121997        7000                          R1 21 A
                                                     99
    DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
    08/1999         *
    BAL AMT      BAL PAY DT  DEF PAY DT CC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
GEMB/CHEVRON PLCC 062008 091999       0       600                 R1  2
                  03/2002                                         M 07 B
    DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                    *
    BAL AMT      BAL PAY DT  DEF PAY DT CC

ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
CHARGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HSBC BANK 062008 072006        2618       2500           R1 23 I 05/200
                                              78              M 18
    DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
    06/2008         *
    BAL AMT      BAL PAY DT  DEF PAY DT CC

CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HSBC BANK 072007 092005        0       3800              R1 21 I
                  01/2007                                    M 18 B
    DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
                    *
    BAL AMT      BAL PAY DT  DEF PAY DT CC

ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HSBC BANK 092005 032003        330       500            R1 29 I 09/200
                  08/2005               10                  M 18 B
    DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR        AUI
    09/2005         *
    BAL AMT      BAL PAY DT  DEF PAY DT CC

ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EIS-BRATCH-000017

```
HSBC BANK 071999 111997              0                          R1 20 A
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR    ; 42      AUI
        03/1999        *
        BAL AMT      BAL PAY DT   DEF PAY DT CC

        ACCOUNT TRANSFERRED OR SOLD
-----------------------------------------------------------------------------
                                                                          M
LITTON MTG SERVICE C 022006 122005     65660                  15Y  26 T
                02/2006                          620      AUI
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR
        02/2006        *
        BAL AMT      BAL PAY DT   DEF PAY DT CC

        ACCOUNT TRANSFERRED OR SOLD
        REAL ESTATE MORTGAGE
-----------------------------------------------------------------------------
                                                                          M
LITTON MTG SERVICE C 022006 122005    350200                  40Y  26 T
                02/2006                         2144      AUI
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR
        02/2006        *
        BAL AMT      BAL PAY DT   DEF PAY DT CC

        ACCOUNT TRANSFERRED OR SOLD
        REAL ESTATE MORTGAGE
-----------------------------------------------------------------------------
MACY'S/DSNB 062008 052008            1400                    O1   1 I
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR    AUI          07
        06/2008        *
        BAL AMT      BAL PAY DT   DEF PAY DT CC

        CHARGE
        AMOUNT IN H/C COLUMN IS CREDIT LIMIT
-----------------------------------------------------------------------------
MACY'S/DSNB 062008 052008             600                    R1   1 I
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR    AUI          07
                       *
        BAL AMT      BAL PAY DT   DEF PAY DT CC

        CHARGE
        AMOUNT IN H/C COLUMN IS CREDIT LIMIT
-----------------------------------------------------------------------------
MACY'S/DSNB 042008 082000             500                    R1 91 I 09/2
        DFD/DLA      PURCH/SOLD/ORIGINAL CREDITOR    AUI          07
        09/2000        *
        BAL AMT      BAL PAY DT   DEF PAY DT CC
```

EIS-BRATCH-000018



```
MACYS/FDSB 052002 082000           600                        R1  2 I

        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        09/2000     *
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

```
PROVIDIAN BANCORP 052002 051998          84                  R1 48

        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
                    *
        BAL AMT    BAL PAY DT  DEF PAY DT CC


ACCOUNT CLOSED BY CONSUMER
CLOSED OR PAID ACCOUNT/ZERO BALANCE
```

```
SEARS/CBSD 072008 101996        567        720          R1 99 I 05/20
                      01/2002                           M 07 B
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        05/2002     *
        BAL AMT    BAL PAY DT  DEF PAY DT CC


ACCOUNT CLOSED AT CONSUMER'S REQUEST
CLOSED OR PAID ACCOUNT/ZERO BALANCE
```

```
SNAP-ON CREDIT 072008 122001        5317               I1 62 I 0
                                           183         36M W 02
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        07/2008     *
        BAL AMT    BAL PAY DT  DEF PAY DT. CC


SECURED
```

```
TAPCO CREDIT UNION 062008 012006       48727              I1 28
                                          1060         60M M 00
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        06/2008     *
        BAL AMT    BAL PAY DT  DEF PAY DT CC


AUTO
```

```
UNIVERSAL/CITIBANK S 072008 012001       0     4850         R1
                                               20      M 18
        DFD/DLA        PURCH/SOLD/ORIGINAL CREDITOR        AUI
        07/2008     *
        BAL AMT    BAL PAY DT  DEF PAY DT CC
```

EIS-BRATCH-000019

CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT

--------------------------------------------------------------------

UNIVERSAL/CITIBANK S 112006 012001        0      4850                      R1
                                                  60                  M 18
     DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
     10/2006      *
     BAL AMT      BAL PAY DT  DEF PAY DT CC

CREDIT CARD
AMOUNT IN H/C COLUMN IS CREDIT LIMIT

--------------------------------------------------------------------

WACHOVIA DEALER SERV 082006 042003     21689                              I1
                          08/2006              527             60M  00 B
     DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
     08/2006      *            ,    .
     BAL AMT      BAL PAY DT  DEF PAY DT CC

CLOSED OR PAID ACCOUNT/ZERO BALANCE
AUTO

--------------------------------------------------------------------

WELLS FARGO 072001 061999        16312                        I1 25 J
                                               267
     DFD/DLA       PURCH/SOLD/ORIGINAL CREDITOR        AUI
     07/2001      *
     BAL AMT      BAL PAY DT  DEF PAY DT CC

CLOSED OR PAID ACCOUNT/ZERO BALANCE

--------------------------------------------------------------------

********          End Of ACRO FILE          *********